## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | |
|---|---|
| **ALEXIS BROWN QUINTANILLA,** § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:26-CV-00129 |
| § | |
| **KRISTI NOEM, TODD M LYONS,** § | |
| **DEREK GORDON, MARCOS CHARLES,** § | |
| **SIRCE E. OWEN, and DAVID COLE,** § | |
| Respondents. § | |

### ORDER

Before the Court is Petitioner's Emergency Petition for Writ of Habeas Corpus, Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Kristi Noem, Secretary of the Department of Homeland Security; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Derek Gordon, Acting Executive Associate Director, Homeland Security Investigations; Marcos Charles, Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; Sirce E. Owen, Acting Director, Executive Office for Immigration Review; and David Cole, Warden of the Rio Grande Processing Center, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than February 10, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than February 13, 2026**. [1]

**Petitioner is DIRECTED to serve Federal Respondents by and through the United States Attorney for the Southern District of Texas and David Cole, Warden of the Rio Grande Processing Center, via certified mail** pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of the Petition, (Dkt. No. 1), and this Order with that service. Petitioner is **ORDERED** to submit proof that service was sent via certified mail to Respondents by **February 7, 2026**.

The Court **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei by electronic mail to USATXS.CivilNotice@usa.doj.gov to provide notice of this action to Respondents. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

As Petitioner notes, on November 25, 2025, a district court in the Central District of California certified a nationwide class under Rule 23(b)(2). *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025) (certifying a class including "[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination"). The court previously granted petitioners partial summary judgment and then "extend[ed] the same declaratory relief granted to Petitioners to the Bond Eligible Class as a whole." *Id.*; *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3289861, at *11 (C.D. Cal. Nov. 20, 2025).

Accordingly, Respondents are further **ORDERED** to file an advisory or otherwise address in their responsive briefing whether Petitioner is a class member and the effect, if any, of the class certification and declaratory relief. Respondents should file their advisory or responsive briefing with the Court on this issue **by February 10, 2026**.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.
**SIGNED** on February 3, 2026.

_____
John A. Kazen
United States District Judge