United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALEXIS BROWN QUINTANILLA, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00129 |
| | § | |
| KRISTI NOEM, | § | |
| TODD M LYONS, | § | |
| DEREK GORDON, | § | |
| MARCOS CHARLES, | § | |
| SIRCE E. OWEN, | § | |
| and DAVID COLE, | § | |
| *Respondents.* | § | |

## ORDER

On February 3, 2026, the District Court ordered Respondents to file a response in this case no later than February 10, 2026.  Dkt. No. 7 at 1.  Respondents have not filed a response in this case to date.  Accordingly, Respondents are **ORDERED** to file a response to Petitioner's First Amended Petition, Dkt. No. 11, and **SHOW CAUSE** for their failure to comply with the Court's order by **April 9, 2026**.  *See* 28 U.S.C. § 2243.  Having reviewed Petitioner's Motion to Modify and Advance Deadlines to Respond to Petition for Writ of Habeas Corpus, Dkt. No. 12, the Court presumes Respondents have been served in this case.  To confirm, Petitioner is likewise **ORDERED** to file proof of service by **April 9, 2026**.

IT IS SO ORDERED

Signed this April 2, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge